NONPRECEDENTIAL DISPOSITION

To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

## For the Seventh Circuit
### Chicago, Illinois 60604

Argued January 29, 2020
Decided January 29, 2020

Before

WILLIAM J. BAUER, *Circuit Judge*

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL B. BRENNAN, *Circuit Judge*

| | |
|---|---|
| No. 19-1893<br><br>PHILLIP LAY,<br>    *Plaintiff-Appellant,*<br><br>      *v.*<br><br>ANDREW M. SAUL,<br>Commissioner of Social Security,<br>    *Defendant-Appellee.* | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.<br><br>No. 17 CV 8285<br>Young B. Kim,<br>*Magistrate Judge.* |

## Order

Phillip Lay's application for disability benefits under the Social Security Act was rejected administratively, with review culminating in an adverse decision by an administrative law judge. The dispute moved to district court, where the parties agreed to have a magistrate judge make the final decision. 28 U.S.C. §636(c). The magistrate judge concluded that the ALJ's decision is supported by substantial evidence and does not reflect a material legal error. 2019 U.S. Dist. LEXIS 41780 (N.D. Ill. Mar. 14, 2019). We substantially agree with the magistrate judge's analysis, and on that basis the judgment is

AFFIRMED.